UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

Floyd Briggs
6490 Lupine Ter.
Indianapolis, IN 46224

 Plaintiff,

v.

West Asset Management, Inc.
c/o Illinois Service Corporation Company,
Registered Agent
801 Adlai Stevenson Drive
Springfield, IL 62703

 Defendant.

CASE NO.:

JUDGE:

1: 08-cv-0341-DFH-JMS

COMPLAINT FOR DAMAGES
UNDER THE FAIR DEBT
COLLECTION PRACTICES ACT
AND OTHER EQUITABLE RELIEF

**JURY DEMAND ENDORSED HEREIN**

### JURISDICTION AND VENUE

1. Jurisdiction is founded on 28 U.S.C. §1331 pursuant to the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. §1692. Venue is proper in this district because this is the judicial district where all of the events giving rise to the cause of action took place.

### FACTS COMMON TO ALL COUNTS

2. The Plaintiff is a person who incurred a consumer debt primarily for personal, family or household purposes.

3. Defendant is a corporation doing business primarily as a consumer debt collector.

4. Defendant is a debt collector as defined by the FDCPA, 15 U.S.C. §1692a(6).

5. The Plaintiff is a "consumer" as defined by 15 U.S.C. §1692a(3).

6. The debt in question qualifies as a "debt" as defined by 15 U.S.C. §1692a(5).

1

7. Defendant is either the holder of the debt or was retained by the current holder to collect the debt.
8. Plaintiff filed this action within the time frame permitted under the FDCPA.
9. In or around August 2007, Defendant telephoned Plaintiff's place of employment and spoke to Plaintiff.
10. During this communication, Plaintiff informed Defendant that Plaintiff was not permitted to receive personal phone calls at work and requested that Defendant call Plaintiff's cellular phone instead.
11. Despite this notice, Defendant telephoned Plaintiff's place of employment and asked to speak to Plaintiff on numerous occasions between August 2007 and September 2007.
12. On or around September 18, 2007, Defendant contacted Plaintiff's place of employment and spoke with Plaintiff's coworker, Candi Davis ("Candi").
13. During this communication, Defendant asked Candi to give Plaintiff the message that this was Defendant's "final call".
14. Defendant has damaged Plaintiff emotionally and mentally and has caused substantial anxiety and stress.
15. Defendant violated the FDCPA.

## COUNT ONE

### Violation of the Fair Debt Collection Practices Act

16. Plaintiff incorporates each of the preceding allegations as if specifically stated herein.
17. The Defendant violated 15 U.S.C. §1692c by calling Plaintiff at work after it was informed that Plaintiff did not want to receive and was not permitted to receive personal phone calls at work.

## COUNT TWO

### Violation of the Fair Debt Collection Practices Act

18. Plaintiff incorporates each of the preceding allegations as if specifically stated herein.

19. The Defendant violated 15 U.S.C. §1692f in that its actions were unfair and/or unconscionable means to collect a debt.

## COUNT THREE

### Violation of the Fair Debt Collection Practices Act

20. Plaintiff incorporates each of the preceding allegations as if specifically stated herein.

21. The Defendant violated 15 U.S.C. §1692e by making misrepresentations during its conversations with Plaintiff.

## COUNT FOUR

### Violation of the Fair Debt Collection Practices Act

22. Plaintiff incorporates each of the preceding allegations as if specifically stated herein.

23. The Defendant violated 15 U.S.C. §1692c in that it contacted a third party and failed to comply with 15 U.S.C. §1692b.

## JURY DEMAND

24. Plaintiff demands a trial by jury.

## PRAYER FOR RELIEF

25. Plaintiff prays for the following relief:

   a. Judgment against Defendant for actual damages, statutory damages pursuant to 15 U.S.C. §1692k and costs, and reasonable attorney's fees pursuant to 15 U.S.C. §1692k.

   b. For such other legal and/or equitable relief as the Court deems appropriate.

RESPECTFULLY SUBMITTED,

Macey & Aleman, P.C.

By: _____
Richard J. Meier
Attorney for Plaintiff
Macey & Aleman, P.C.
20 West Kinzie; Suite 1300
Chicago, IL 60611
Telephone: 1.866.339.1156
rjm@legalhelpers.com