# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| Floyd Briggs,<br><br>    Plaintiff,<br><br>v.<br><br>West Asset Management, Inc.,<br><br>    Defendant. | CASE NO. 1:08-cv-00341-DFH-JMS<br><br><br><br>**NOTICE OF DISMISSAL<br>WITH PREJUDICE** |

Now comes Plaintiff, by and through counsel, and hereby dismisses the present action pursuant to Fed. R. 41(a)1(i), with prejudice. This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

RESPECTFULLY SUBMITTED,

Macey & Aleman, P.C.

By: */s/ Richard J. Meier*
    Richard J. Meier
    Sears Tower; Suite 5150
    Chicago, IL 60606
    Telephone: 1.866.339.1156
    rjm@legalhelpers.com
    *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that, on July 3, 2008, a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. The following party was served through U.S. Mail. Parties may access this filing through the Court's system.

West Asset Management, Inc.
c/o Illinois Service Corporation Company,
Registered Agent
801 Adlai Stevenson Drive
Springfield, IL 62703

*/s/ Richard J. Meier*